AO 450 (Rev. 5/85) Judgment in a Civil Case

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

| | |
|---|---|
| MANUEL HOWE | JUDGMENT IN A CIVIL CASE |
| | CV-04-0656 DRH |
| V. | |
| TOWN OF HEMPSTEAD, TOWN OF HEMPSTEAD DEPARTMENT OF GENERAL SERVICES, TOM DAUSCHER, in his official and individual capacity, LOUIS ESPOSITO, in his individual and official capacity, AMATO BIANCULLI, in his individual and official capacity | |

-------------------------------------------------------------X

X   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Court having granted summary judgment as to defendants, TOM DAUSCHER, LOUIS ESPOSITO, and AMATO BIANCULLI on October 30, 2006, and the jury having found for the defendants, TOWN OF HEMPSTEAD, and TOWN OF HEMPSTEAD DEPARTMENT OF GENERAL SERVICES.

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff, MANUEL HOWE, take nothing from defendants, TOWN OF HEMPSTEAD, and TOWN OF HEMPSTEAD DEPARTMENT OF GENERAL SERVICES..

The case is dismissed without prejudice to move to set aside the verdict and the Clerk is directed to close this case.

Dated:  September 21, 2007        ROBERT C. HEINEMANN
    Central Islip, New York        CLERK OF THE COURT
                    By: PATRICIA BEST
                        Deputy Clerk